# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number |
|---|---|
| Angela J. Piersanti on behalf of herself and all other Plaintiffs similary situated known and unknown. <br><br> V <br><br> AON Risk Services, Inc. | FILED: APRIL 04, 2008 <br> 08CV1952            JH <br> JUDGE KOCORAS <br> MAGISTRATE JUDGE COX |

### *AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:*

## PLAINTIFF

| | |
|---|---|
| NAME <br> **JOHN W. BILLHORN** | |
| SIGNATURE <br> *s/ John W. Billhorn* | |
| FIRM <br> **BILLHORN LAW FIRM** | |
| STREET ADDRESS <br> **515 N. State Street / Suite 2200** | |
| CITY/STATE/ZIP <br> **Chicago, IL 60610** | |
| IDENTIFICATION NUMBER <br> **ARDC # 6196946** | TELEPHONE NUMBER <br> **(312) 464-1450** |
| FAX NUMBER: <br> **(312) 464-1459** | EMAIL ADDRESS: <br> jbillhorn@billhornlaw.com |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | X | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | X | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | YES | X | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |