# WAIVER OF SERVICE OF SUMMONS

TO: **JOHN W. BILLHORN – ATTORNEY**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I acknowledge receipt of your request that I waive service of a summons in the action of

**Angela J. Piersanti v AON Risk Services, Inc.**, which is case number **08 CV 1952**, in the
(CAPTION OF ACTION)                                                                                                                   (DOCKET #)

United States District Court for the **NORTHERN** District of **ILLINOIS**. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after

**04/08/2008**, or within 90 days after that date if the request was sent outside the United States.
(Date request was sent)

**5/7/08**
(DATE)

_Jody A. Boquist_
(SIGNATURE)

PRINTED/TYPED NAME: Jody A. Boquist

AS **Attorney** OF **Aon Risk Services, Inc.**
    (TITLE)            (CORPORATE DEFENDANT)

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANGELA J. PIERSANTI,** on behalf of herself and all other plaintiffs known and unknown,<br><br>    Plaintiff<br><br>    v.<br><br>**AON RISK SERVICES, INC.**<br><br>    Defendant | )<br>)<br>)<br>) **N<u>o.</u>** 08 CV 1952<br>)<br>) Honorable Judge Kocoras<br>)<br>)<br>)<br>) ***JURY DEMAND***<br>)<br>) |

## NOTICE OF FILING

TO:   AON Risk Services
        ATTN:  Legal Department
        1000 Milwaukee Avenue
        Glenview, IL 60025

    PLEASE TAKE NOTICE that on May 12, 2008 I shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **DEFENDANT'S WAIVER OF SERVICE OF SUMMONS**, a copy of which is attached hereto.

                                s/ John W. Billhorn
                                *Electronically Filed 5/12/2008*
                                _____
                                John W. Billhorn


## CERTIFICATE OF SERVICE

    I, Jodi S. Hoare, a non-attorney, state that on May 12, 2008, I caused a copy of the aforementioned documents, to be served via the Court's Electronic Filing System, or as otherwise directed to those of record as indicated above.

                                s/ Jodi S. Hoare
                                _____
                                Jodi S. Hoare

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450