IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANGELA J. PIERSANTI, on behalf of herself and all other plaintiffs known and unknown,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**AON RISK SERVICES OF MARYLAND, INC.,**<br><br>　　　　　　Defendant. | No.  08-cv-1952<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Susan E. Cox |

## JOINT STIPULATION BY THE PARTIES TO SUBSTITUTE DEFENDANT

Plaintiff, Angela J. Piersanti ("Plaintiff") and Defendant AON Risk Services of Maryland, Inc. ("Defendant") (collectively, "the parties"), by and through their attorneys, hereby jointly stipulate to substitute the name of the proper Defendant in this matter. In support of this stipulation, the parties state as follows:

1. In the original caption of this action, Plaintiff named "Aon Risk Services, Inc." as the sole Defendant.

2. The entity named by Plaintiff did not employ Plaintiff and, therefore, is not the proper Defendant in this action.

3. Counsel for both parties have agreed that the proper Defendant is Aon Risk Services of Maryland, Inc., and that the caption of this case should be amended to reflect the proper Defendant.

4. By this Stipulation, Plaintiff agrees to withdraw her claim against "Aon Risk Services, Inc." and substitute Aon Risk Services of Maryland, Inc. as the Defendant in this action.  Defendant's counsel agrees to waive service on behalf of Aon Risk

Services of Maryland, Inc.

6.	This Stipulation is not brought in bad faith, will not prejudice either party, and is not brought for any improper purpose.

WHEREFORE, the parties stipulate that the sole Defendant in this action is Aon Risk Services of Maryland, Inc., that "Aon Risk Services, Inc." has no liability to Plaintiff and is no longer a Defendant in this action, and that the caption of all future pleadings will reflect this substitution.

Respectfully submitted,

| ANGELA J. PIERSANTI | AON RISK SERVICES OF MARYLAND, INC. |
|---|---|
| By:  ___s/John Billhorn_____<br>       One of Her Attorneys | By:  ___s/Jody A. Boquist___<br>       One of Its Attorneys |
| John W. Billhorn<br>Billhorn Law Firm<br>515 N. State Street, #2200<br>Chicago, IL 60610<br>(312) 464-1450 | Jody A. Boquist (#06209561)<br>John A. Ybarra (#06196983)<br>Amanda H. Wright (#06276200)<br>LITTLER MENDELSON<br>200 N. LaSalle Street, Suite 2900<br>Chicago, IL  60601<br>312.372.5520 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

John W. Billhorn
Billhorn Law Firm
jbillhorn@billhornlaw.com

                                          s/Jody A. Boquist
                                          Attorney for Defendant