UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Angela J. Piersanti
        Plaintiff,

v.              Case No.: 1:08−cv−01952
              Honorable Charles P. Kocoras

Aon Risk Services, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

   MINUTE entry before the Honorable Charles P. Kocoras:Status hearing held on 7/22/2008. Status hearing continued generally pending decision from the U.S. Judicial Panel on Multidistrict Litigation.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.